IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

REBECCA SHELL,

    Plaintiff,

v.

WAL-MART STORES, INC.,
a Delaware Corporation,

    Defendant.                              Case No. 07-cv-515-DRH

### ORDER OF DISMISSAL

**HERNDON, Chief Judge:**

Pursuant to the Parties' Stipulation for Dismissal (Doc. 12), the Court hereby **ACKNOWLEDGES** that this case has settled and that plaintiff Rebecca Shell's claims against defendant Wal-Mart Stores, Inc., in this matter are hereby **DISMISSED WITH PREJUDICE**, each party to bear their own fees and costs. The Clerk is instructed to enter judgment accordingly.

    **IT IS SO ORDERED**.

Signed this 4th day of December, 2007.

/s/      David R Herndon
**Chief Judge
United States District Court**