IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**REBECCA SHELL,**

    **Plaintiff,**

    vs.                                  Cause No. 07CV-515 DRH

**WAL-MART STORES, INC.,**
**A Delaware Corporation,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-----------------------------------------------------------------------------

                                              **NORBERT G. JAWORSKI, CLERK**

November 4, 2007                            By:   s/Patricia Brown
                                                           Deputy Clerk

APPROVED: /s/     *David R Herndon*
                **CHIEF JUDGE**
                **U.S. DISTRICT COURT**